An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDA RUDEN,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
CONNIE J. STEINHEIMER, DISTRICT
JUDGE,
Respondents,
and
ALONA HARBER; ROBERT HARBER;
THE TRUST OF JOSEPHINE L.
SWEENEY; MAX THATCHER;
PATRICIA F. ARENTZ; ERIC ARENTZ;
RAYMOND ROSS; JAMES DOTSON;
PAMELA ADAMS; FREDERICK
SQUIRE; ROSS HENSON; AND JOE
CERVARI,
Real Parties in Interest.

No. 68593

**FILED**

SEP 11 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging a district court order granting leave to amend or substitute petitioner as a defendant in a tort action. Having considered the petition, we are not persuaded that petitioner met her burden to demonstrate that our extraordinary discretionary intervention is warranted as petitioner has not shown that the district court abused its discretion in granting Alona Harber and Robert Harber's motion to amend their complaint. *Burnett v. C.B.A. Sec. Serv., Inc.*, 107 Nev. 787, 789, 820 P.2d 750, 752 (1991) (reviewing a district court's ruling on a motion to amend a complaint for an abuse of discretion); *Costello v. Casler*, 127 Nev.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27665

436, 440-41, 254 P.3d 631, 634 (2011) (identifying three factors that a plaintiff must satisfy in order to add a new defendant after the statute of limitations has run); *see* NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Connie J. Steinheimer, District Judge
       Upson Smith/Reno
       Curriden, Arneson and Anderton
       Van Walraven & Harris, Chtd.
       Ranalli & Zaniel, LLC/Reno
       Erickson Thorpe & Swainston, Ltd.
       Whitehead & Whitehead
       Law Offices of Kenneth E. Lyon, III
       M. Jerome Wright
       Law Offices of Melissa P. Harris
       Glogovac & Pintar
       Paul Kapitz
       Emerson & Manke, LLP
       Lemons, Grundy & Eisenberg
       Washoe District Court Clerk